PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00111-ADA-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | DATE: August 9, 2023 |
| MAYO MURILLO, | TIME: 2 p.m. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this case was set for status on August 9, 2023 at 2 p.m. before this Court.

2.     By this stipulation, the parties now move to continue the conference until September 6, 2023.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The parties have begun preliminary negotiations in this matter.

b)     Discovery has been recently received and counsel for defendant needs additional time to review the discovery so the partiers can continue in plea negotiations as well as conduct any investigation deemed necessary.  Counsel for defendant believes that failure to grant the

above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  August 4, 2023

PHILLIP A. TALBERT
United States Attorney


/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney


Dated:  August 4, 2023

/s/ DANIEL L. HARRALSON
DANIEL L. HARRALSON
Counsel for Defendant
MAYO MURILLO


## **ORDER**

IT IS SO ORDERED that the status conference is continued from August 9, 2023, to **September 6, 2023, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.  Whether defendant requires a Preliminary Hearing will be addressed at the Status Conference.

IT IS SO ORDERED.

Dated:   **August 4, 2023**

/s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE